**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARLENE STEINBERG, individually and on behalf of all others similarly situated, | Civil Action No.: |
| | NOTICE OF REMOVAL |
| Plaintiff, | |
| | State Court No. 220202692 (assigned by the Philadelphia Court of Common Pleas, from whence this lawsuit is being removed) |
| vs. | |
| FACTUAL DATA, INC., | |
| Defendant. | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, Defendant Factual Data, Inc. ("Factual Data") hereby removes the above-captioned litigation to the United States District Court for the Eastern District of Pennsylvania. As grounds for removal, Factual Data states as follows:

## I.    THIS COURT HAS REMOVAL JURISDICTION.

1.    This litigation involves a Complaint by Plaintiff Marlene Steinberg and a putative class against Defendant Factual Data. Exhibit A (Civil Cover Sheet and Complaint).

2.    The Complaint is captioned in the Court of Common Pleas of Philadelphia County, Pennsylvania. *Id*.

3.    Federal law permits defendants sued in a state court to remove a "civil action … of which the district courts of the United States have original jurisdiction … to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4.     Federal law defines this Honorable Court's "original jurisdiction" to include "civil actions arising under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331.

5.     Plaintiff's Complaint alleges that Factual Data violated the Fair Credit Reporting Act, 15 U.S.C. § 1681e(b), which is a "law[] … of the United States."  Exhibit A (Complaint) at ¶ 81.

6.     Because Plaintiff's claim arises under federal law, the Complaint presents a federal question under 28 U.S.C. § 1331 and falls within this Honorable Court's original jurisdiction under 28 U.S.C. § 1441(a).

7.     Because Philadelphia County, Pennsylvania is within this Honorable Court's judicial district, this Honorable Court "embrac[es] the place where [this] action is pending" and has removal jurisdiction under 28 U.S.C. § 1441(a).

## II.     THIS NOTICE OF REMOVAL IS TIMELY.

8.     A defendant must remove litigation to federal court within 30 days from the date on which it was served with process.  28 U.S.C. § 1446(b).

9.     Plaintiff served Factual Data's registered agent with process on March 4, 2022.

10.     Because Factual Data is filing this Notice of Removal within 30 days from the date of service – *i.e.*, by April 3, 2022, which is 30 days from March 4, 2022 – the Notice of Removal is timely.

### III.    THIS NOTICE OF REMOVAL IS PROPER.

11.    In accordance with 28 U.S.C. § 1446 (b), attached hereto as Exhibit A are copies of "all process, pleadings, and orders served upon" the Defendants in this litigation.

12.    Pursuant to 28 U.S.C. § 1446(d), the undersigned certifies that immediately after the filing of this Notice of Removal in this Court, a Notice of Notice of Removal (attached hereto as Exhibit B) will be filed in the Philadelphia County Court of Common Pleas and will be served on all parties.

WHEREFORE, Defendant Factual Data gives notice that the above- captioned litigation has been removed from the Philadelphia County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted by:

/s/ Jason A. Spak
Jason A. Spak
FisherBroyles, LLP
P.O. Box 5262
Pittsburgh, PA 15206
T:  412-230-8555
E:  jason.spak@fisherbroyles.com
*Counsel for Defendant Factual Data, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 1, 2022, I served the foregoing Notice of Removal

upon Plaintiff through her counsel of record via email pursuant to FRCP 5(b)(2)(E).

<u>/s/ Jason A. Spak</u>
Jason A. Spak
FisherBroyles, LLP
*Counsel for Defendant Factual Data, Inc.*