UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARLENE STEINBERG, *individually and on behalf of all others similarly situated,* | : : : |
| Plaintiff, | : : |
| v. | : Case No. 2:22-cv-01259-MMB : |
| FACTUAL DATA, INC., | : : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## AS TO FACTUAL DATA, INC.

Plaintiff, by counsel and with the signature of counsel for Factual Data, Inc., stipulates to the dismissal without prejudice of all claims in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

AND THIS CAUSE IS ENDED.

Date: May 2, 2022

Respectfully submitted,

By: */s/ Joseph C. Hashmall*
Joseph C. Hashmall, *pro hac vice*
E. Michelle Drake, *pro hac vice*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
Email: jhashmall@bm.net
emdrake@bm.net

Shanon J. Carson, Bar No. 85957
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4656

By: */s/ Jason A. Spak*
Jason A. Spak
FISHERBROYLES, LLP
P.O. Box 5262
Pittsburgh, PA 15206
Telephone: (412) 230-8555
Email: jason.spak@fisherbroyles.com
*Counsel for Defendant Factual Data, Inc.*

Facsimile: (215) 875-4604
Email: scarson@bm.net

Kristi C. Kelly, *pro hac vice*
Andrew J. Guzzo, *pro hac vice*
Casey Nash, *pro hac vice*
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

*Counsel for Plaintiff*

**DATED: 5/4/2022**

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**
**MICHAEL M. BAYLSON, U.S.D.J.**